NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TONY HOSLEY,          )
                      )
         Appellant,   )
                      )
v.                    )          Case No. 2D17-1704
                      )
STATE OF FLORIDA,     )
                      )
         Appellee.    )
_____)

Opinion filed May 29, 2019.

Appeal from the Circuit Court for
Pinellas County; Joseph Bulone,
Judge.

Ashley Moody, Attorney General,
Tallahassee, and Jonathan P. Hurley,
Assistant Attorney General, Tampa,
for Appellee.

PER CURIAM.

          Affirmed.

CASANUEVA, VILLANTI, and SMITH JJ., Concur.